IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-mj-135-SRW |
| | ) | |
| SIMONETTA GARTH | ) | |

GOVERNMENT'S MOTION FOR DETENTION HEARING

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and pursuant to 18 U.S.C. 3142(e) and (f) moves for a detention hearing for the above-captioned defendant.

1. Eligibility of Cases

    This case is eligible for a detention order because this case involves:

    _____    Crime of violence (18 U.S.C. § 3156)

    _____    Maximum sentence of life imprisonment or death

    \_\_\_\_X\_\_\_\_    10 + year drug offense

    _____    Felony, with two prior convictions in the above categories

    \_\_\_\_X\_\_\_\_    Serious risk the defendant will flee

    _____    Serious risk of obstruction of justice

    _____    Felony involving a minor victim

    _____    Felony involving possession or use of a firearm or other destructive device (as defined by 18 U.S.C. § 921) or any other dangerous weapon

    _____    Failure to register a sex offender (18 U.S.C. § 2250)

2. Reason For Detention

    The Court should detain defendant because there are no conditions of release which will

reasonably assure:

|     X     | Defendant's appearance as required |

\_\_\_\_X\_\_\_\_    Defendant's appearance as required

\_\_\_\_X\_\_\_\_    Safety of any other person and the community

3. <u>Rebuttable Presumption</u>

The United States will invoke the rebuttable presumption against defendant under Section 3142(e).

\_\_\_\_X\_\_\_\_    Probable cause to believe defendant committed 10 + year drug offense or an offense in which a firearm was used or carried under Section 924(c)

_____    Previous conviction for "eligible" offense committed while on pretrial bond

_____    A period of five years has not elapsed from defendant's conviction or release from imprisonment for the offense described above

4. <u>Time For Detention Hearing</u>

The United States requests the Court conduct the detention hearing:

_____    At the initial appearance

\_\_\_\_X\_\_\_\_    After continuance of <u>3</u> days

The Government requests leave of Court to file a supplemental motion with additional grounds or presumption for detention should this be necessary.

Respectfully submitted this the 4th day of December, 2006.

                                               LEURA G. CANARY
                                               United States Attorney

                                               /s/ Verne H. Speirs
                                               VERNE H. SPEIRS
                                               Assistant United States Attorney
                                               Post Office Box 197
                                               Montgomery, Alabama 36101-0197
                                               334.223.7280
                                               334.223.7135 fax
                                               verne.speirs@usdoj.gov