AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

_____ MIDDLE _____ DISTRICT OF _____ ALABAMA _____

UNITED STATES OF AMERICA
V.
SIMONETTA GARTH

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
**(Rule 5 or 32.1, Fed. R. Crim. P.)**

CASE NUMBER: 2:06mj135-SRW

I, _____ Simonetta Garth _____, charged in a  X  complaint  ☐ petition pending in this District ___possession with intent to distribute controlled substance___

in violation of _____21_____, U.S.C., ___841(a)(1)___,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a  X  examination  ☐ hearing , do hereby waive (give up) my right to a preliminary  X  examination  ☐ hearing.

_____
Defendant

12-7-06
Date

_____
Counsel for Defendant