| COURTROOM DEPUTY MINUTES | DATE: DECEMBER 27, 2006 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 10:52 - 10:57 |

- √ INITIAL APPEARANCE
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (Rule 5)
- √ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE **CHARLES S. COODY**       DEPUTY CLERK: **WANDA STINSON**

CASE NO. **2:06CR-299-MEF-CSC**       DEFT. NAME: **SIMONETTA GARTH**

USA: ~~VERNE SPEIRS~~ *Andrew Schiff*       ATTY: **DANIEL HAMM**

Type Counsel: (√) Retained; ( ) Panel CJA; ( ) Waived; ( ) CDO ;

USPTSO/USPO: _____

Defendant _____ does __√__ does NOT need an interpreter; NAME: _____

- ☐ Kars.   Date of Arrest _____ or   ☐ Rule 5 Arrest
- √ kia.   Deft. First Appearance. Advised of rights/charges.  ☐ Pro/Sup Rel Violator
- ☐ Finaff.   Financial Affidavit executed  ☐ to be obtained by PTS;  ☐ **ORAL** Motion for Appt. Of Counsel.
- ☐ koappted   **ORAL ORDER** appointing Federal Defender  -  **Notice to be filed.**
- ☐ 20appt.   Panel Attorney Appointed;  ☐ to be appointed - prepare voucher
- ☐   Deft. Advises he will retain counsel. Has retained _____
- ☐   Government's **ORAL** (kgoralm.) Motion for Detention Hrg.  ☐ To be followed by written motion;
- ☐   Government's **WRITTEN** Motion for Detention Hrg. filed. **DETENTION HRG** ☐ held; ☐ Set for _____ ; ☐ **Prelim. Hrg** Set for _____
- ☐ kotempdtn.   **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐ kodtn.   **ORDER OF DETENTION PENDING TRIAL** entered
- ☐ kocondrls.   Release order entered.  ☐ Deft. advised of conditions of release.
- ☐ kbnd.   ☐ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR).
   ☐ **BOND EXECUTED** (R.5 charges) - deft to report to originating district as ordered
- ☐ Loc.(LC)   Bond **NOT** executed. Deft to remain in Marshal's custody
- ☐ ko.   Deft. **ORDERED REMOVED** to originating district
- ☐ krmvhrg.   Identity/Removal Hearing  ☐ set for _____ ;  ☐ **WAIVER** of Rule 5 & 5.1 Hearings
- ☐ kwvprl.   Waiver of Preliminary hearing;
- ☐   Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- √ Karr.   ARRAIGNMENT SET FOR: _____   √ **HELD**. Plea of **NOT GUILTY** entered.
   √ Trial Term 7/9/07 ☐ PRETRIAL CONFERENCE DATE: _____
   √ DISCOVERY DISCLOSURES DATE: 12/27/06