IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:06-CR-299-MEF |
| | ) | |
| SIMONETTA GARTH | ) | |

**ORDER SETTING REVOCATION HEARING**

Pursuant to 18 U.S.C. § 3148, it is

ORDERED that a revocation hearing be and is hereby set on September 5, 2007, at 9:00 a.m. in Courtroom 5B, United States Courthouse Complex, One Church Street, Montgomery, Alabama, before Susan R. Walker, United States Magistrate Judge. Pending the hearing, the defendant shall be held in custody and produced for the hearing.

Done this 4th day of September, 2007.

                                             /s/Charles S. Coody
                                             CHARLES S. COODY
                                             CHIEF UNITED STATES MAGISTRATE JUDGE