IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr299-MEF |
| | ) | |
| SIMONETTA GARTH | ) | |

**ORDER**

On September 4, 2007, the defendant, SIMONETTA GARTH, appeared before the undersigned to answer charges of violating the terms of her pre-sentence release.  Upon consideration of the evidence produced at the hearing, it is

ORDERED that the defendant's pretrial release is hereby revoked.  The defendant is remanded to the custody of the United States Marshal pending sentencing previously set for October 4, 2007.

DONE, this 5th day of September, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE