IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-299-MEF |
| | ) | |
| SIMONETTA GARTH | ) | |

# **O R D E R**

   It is hereby ORDERED that the sentencing hearing set in this case for October 4, 2007

is continued to October 30, 2007 at 9:00 A.M. in the United States Courthouse, One Church

Street, Courtroom 2A, Montgomery, Alabama.

   DONE this 14th day of September, 2007.


       _____/s/ Mark E. Fuller_____
       CHIEF UNITED STATES DISTRICT JUDGE