AO 245B   (Rev. 06/05) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page __2__ of __6__

| DEFENDANT: | SIMONETTA GARTH |
|---|---|
| CASE NUMBER: | 2:06CR299-MEF |

RECEIVED

## IMPRISONMENT

2008 FEB 27 P 2: 15

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**Eighteen (18) months.**

X The court makes the following recommendations to the Bureau of Prisons:

**The Court recommends that defendant be designated to a facility where Intensive Residential Substance Abuse Treatment is available if defendant qualifies.**

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

**RETURNED AND FILED**

MAR 3 2008

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

---

DEFENDANT DELIVERED ON __2-12-08__
SURRENDERED ON _____
TO **FCI TALLAHASSEE, FLORIDA**
BY BOP BUS __X__ ; USM _____
BY: _____
For Inmate Systems Manager

---

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL