AO 245D   (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## Middle District of Alabama

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| SIMONETTA GARTH | Case No.   2:06CR299-MEF-01 |
|  | USM No.   12086-002 |
|  | Christine Freeman |
|  | Defendant's Attorney |

**THE DEFENDANT:**

X   admitted guilt to violation of condition(s)   __1-6 of the violations report__   of the term of supervision.

☐   was found in violation of condition(s)   _____   after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1. | New Law Violation - Theft of Property 2nd Degree | 12/24/2009 |
| 2. | Failure to refrain from any unlawful use of a controlled substance | 12/7/2009 |
| 3. | Leaving the judicial district without permission | 12/24/2009 |
| 4. | Failure to notify probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer | 12/24/2009 |
| 5. | Failure to submit a truthful monthly supervision report | 1/25/2010 |
| 6. | Failure to work regularly at a lawful occupation | 12/11/2008 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: __1005__

Defendant's Year of Birth:   __1984__

City and State of Defendant's Residence:
__Montgomery, Alabama__

April 7, 2010
Date of Imposition of Judgment

Signature of Judge

__MARK E. FULLER, CHIEF U.S. DISTRICT JUDGE__
Name and Title of Judge

7 April 2010
Date

Judgment — Page 2 of 2

DEFENDANT: SIMONETTA GARTH
CASE NUMBER: 2:06CR299-MEF-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

Eighteen (18) months. The Court finds the sentence is a reasonable sentence and is imposed at 18 months to reflect the seriousness of the offense, to promote respect for the law, to provide just punishment for the offense, to afford adequate deterrence to criminal conduct, to protect the public from any further crimes of the defendant, and to provide defendant with needed educational, vocational, medical care or other correctional treatment in the most effective and efficient manner available to this Court.

- [X] The court makes the following recommendations to the Bureau of Prisons:
  The Court recommends that defendant be placed in a MINT program, specifically a program available for expectant mothers. If the program is available to the defendant, then the Court would recommend that she be placed in a program as near the Middle District of Alabama as possible. The Court further recommends that defendant be placed in a facility within the Bureau of Prisons in which defendant may receive the educational benefits such that she can receive her GED or other educational or vocational training opportunities that are available at the facility.

- [X] The defendant is remanded to the custody of the United States Marshal.

- [ ] The defendant shall surrender to the United States Marshal for this district:
  - [ ] at _____ [ ] a.m. [ ] p.m. on _____ .
  - [ ] as notified by the United States Marshal.

- [ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  - [ ] before 2 p.m. on _____ .
  - [ ] as notified by the United States Marshal.
  - [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL